THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:24-MJ-285 |
| | ) | |
| COURTNEY HODGE | ) | |
| | ) | Court Date: July 15, 2024 |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E1609874)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 11, 2024, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, COURTNEY HODGE, unlawfully drove and operated a motor vehicle while she had a blood alcohol concentration of 0.08 grams or more per 210 liters of breath, as indicated by a chemical test, to wit: 0.14.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 18.2-266(i))

Count II (Petty Offense – E1609875)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 11, 2024, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, COURTNEY HODGE, did consume an alcoholic beverage while operating a motor vehicle.

(In violation of 18 United States Code, Section 13, assimilating Virginia Code Section 18.2-323.1)

                                                   Respectfully submitted,

                                                   Jessica D. Aber
                                                   United States Attorney

By:        /s/
                                                 M. Kyle Richardson
                                               Special Assistant United States Attorney
                                               United States Attorney's Office
                                               Eastern District of Virginia
                                               2100 Jamieson Avenue
                                               Alexandria, VA 22314
                                               Phone: (703) 299-3787
                                               Fax: (703) 299-3980
                                               Email: matthew.richardson2@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 11, 2024, a true and correct copy of the Criminal Information was mailed to the defendant at the address listed on the Citation.

By: _____/s/_____
M. Kyle Richardson
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3787
Fax: (703) 299-3980
Email: matthew.richardson2@usdoj.gov