Document Removed
Document Filed In Wrong Case